## KING *v.* THE STATE.

LAMAR, J. This court will not interfere with the order of the judge of the superior court refusing to sanction a writ of certiorari from a judgment of conviction in a county court, where the record fails to show that the petitioner filed the affidavit required by the Penal Code, § 765.

*Judgment affirmed. All the Justices concur.*

Submitted February 20, — Decided March 2, 1905.

Certiorari. Before Judge Mitchell. Thomas superior court. January 13, 1905.

*Theodore Titus*, for plaintiff in error.

*W. E. Thomas, solicitor-general*, and *Roscoe Luke*, contra.